IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CROSSROADS TREATMENT CENTER**
**OF SOUTHERN MISSISSIPPI, P.C.**                                    **PLAINTIFF**

**VS.**                                       **CAUSE NO. 1:18-cv-245-LG-RHW**

**PEARL RIVER COUNTY, MISSISSIPPI**                                 **DEFENDANT**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7(c), Plaintiff Crossroads Treatment Center of Southern Mississippi, P.C. ("Crossroads") states:

1.   Crossroads is a Mississippi corporation that is wholly owned by Dr. Rupert J. McCormac, IV. There is no publicly held corporation that owns 10 percent or more of Crossroads' stock.

Dated: July 30, 2018.

          Respectfully submitted,

          **CROSSROADS TREATMENT CENTER OF**
          **SOUTHERN MISSISSIPPI, P.C.**

          By: /s/ William D. Drinkwater
          *One of its Attorneys*

OF COUNSEL:

Benje Bailey (MSB No. 100053)
Sheldon G. Alston (MSB No. 9784)
William D. Drinkwater (MSB No. 103913)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi  39205
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi  39201
Telephone:  (601) 948-3101

Telecopier:  (601) 960-6902
bbailey@brunini.com
salston@brunini.com
wdrinkwater@brunini.com

## CERTIFICATE OF SERVICE

I certify that I have this day caused the above and foregoing to be filed using the Court's electronic filing system which caused notice of the same to be served on all counsel of record.

Dated: July 30, 2018.

/s/ William D. Drinkwater