IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CROSSROADS TREATMENT CENTER
OF SOUTHERN MISSISSIPPI, P.C.**                                  **PLAINTIFF**

**VS.**                           **CAUSE NO. 1:18-cv-245-LG-RHW**

**PEARL RIVER COUNTY, MISSISSIPPI**                                 **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court on the ore tenus motion of Plaintiff Crossroads Treatment Center of Southern Mississippi, P.C. and Defendant Pearl River County, Mississippi for dismissal of Plaintiff's claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered the motion and being advised that the parties are in agreement, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims are hereby dismissed without prejudice, and this civil action shall be and hereby is dismissed, with each party to bear its own costs, expenses, and legal fees.

SO ORDERED, ADJUDGED, AND DECREED this the 21st day of September, 2018.

*s/ Louis Guirola, Jr.*
DISTRICT COURT JUDGE

AGREED BY:

/s/ William D. Drinkwater                    /s/ William R. Allen
WILLIAM D. DRINKWATER, MSB # 103913     WILLIAM R. ALLEN, MSB # 100541
**Counsel for Plaintiff**                            **Counsel for Defendant**

03068839